UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 00-2633

Rashaud I. Stewart and
Jaclyn A. Taylor,

Plaintiffs,

vs.

and ORDER

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Morrie's Brooklyn Park Daewoo d/b/a
Morrie's Brooklyn Park Used Car
& Truck Center,

Defendant.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and their attorneys, and Defendant, and their attorney, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs or disbursements, including but not limited to claims for attorneys fees and/or costs to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**ATTORNEY FOR PLAINTIFFS**

By: ______________________
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 770-9707

Dated: 3/6/01

**ATTORNEY FOR DEFENDANT**

By: ______________________
Gregory J. Johnson
Attorney I.D. #: 202678
332 Minnesota Street
First National Bank Building
Suite West 975
St. Paul, Minnesota 55101
Telephone: (651) 227-2534

Dated: 3/9/01

FILED MAR 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiffs' Complaint against Defendant is herewith dismissed with prejudice.

Dated: 3/13/01

Judge Richard H. Kyle
United States District Court